**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 15-cv-01569-GPG

**ANGEL QUINTANA**,

    Applicant,

v.

**TRAVIS TRANI**; and
**ATTORNEY GENERAL OF THE STATE OF COLORADO**,

    Respondents.

**ORDER DENYING MOTION AND AFFIDAVIT FOR LEAVE TO PROCEED UNDER 28 U.S.C. 1915 IN A HABEAS CORPUS ACTION AND DENYING PENDING MOTIONS AS PREMATURE**

Applicant Angel Quintana initiated this action by filing an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254, in which he challenges his convictions for attempted murder, kidnaping and assault. Applicant has paid the $5 filing fee, but has also filed a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Action. Accordingly, it is

**ORDERED** that the Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Action (ECF No. 3) is denied as moot. It is

**FURTHER ORDERED** that Applicant's Motion for Discovery / Disclosure Records (ECF No. 4) and Motion for Appointment of Counsel (ECF No. 5) are denied as premature.

DATED July 28, 2015, at Denver, Colorado.

                                  BY THE COURT:

                                  s/Gordon P. Gallagher
                                  United States Magistrate Judge