# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01569-GPG

**ANGEL QUINTANA**,

    Applicant,

v.

**TRAVIS TRANI**; and
**ATTORNEY GENERAL OF THE STATE OF COLORADO**,

    Respondents.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE GORDON P. GALLAGHER

    On September 3, 2015, Plaintiff filed a Motion to Stay his 2254 Application (ECF No. 14) and a Motion for Appointment of Counsel and for Discovery (ECF No. 15). These motions are premature at this time and are **DENIED**.

Dated: October 5, 2015