# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01569-GPG

**ANGEL QUINTANA**,

    Applicant,

v.

**TRAVIS TRANI**; and
**ATTORNEY GENERAL OF THE STATE OF COLORADO**,

    Respondents.

## ORDER DRAWING CASE

Upon completion of the Court's review pursuant to D.C.COLO.LCivR 8.1(b), the Court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, the case will be drawn to a presiding judge and, if applicable, to a magistrate judge. *See* D.C.COLO.LCivR 8.1(c). Accordingly, it is

**ORDERED** that this case shall be drawn to a presiding judge and, if applicable, to a magistrate judge.

DATED October 5, 2015, at Denver, Colorado.

BY THE COURT:

S/ Gordon P. Gallagher

_____
Gordon P. Gallgher
United States Magistrate Judge